UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  22-05965 |
| Martha Ann Lesslie-Williams | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY AS UNNECESSARY**

This matter coming before the Court on a motion for relief from the automatic stay, with notice having been given, and the Court being advised of the matter,

IT IS HEREBY ORDERED THAT:

1. The motion is denied as unnecessary because pursuant to Section 3.5 of the chapter 13 plan filed on May, 25, 2022 (Dkt. No. 6) and confirmed on August 12, 2022 (Dkt. No. 17), the property located at 5264 Somerset Avenue, Detroit, Michigan, 48224, was surrendered to Comerica Bank, and the debtor requested that "upon confirmation of the plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects."  Furthermore, Fed. R. Bank. P. 3015(g)(2) provides that upon confirmation of the plan "any request in the plan to terminate the stay imposed by § 362(a), § 1201(a), or § 1301(a) is granted."  As such, the stay was modified as of August 12, 2022, and no separate request for relief is required.

2. Comerica Bank shall not charge debtor any costs or fees associated with this request.

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt

United States Bankruptcy Judge

Dated:  April 21, 2023